In the MATTER OF the Petition
of Kenneth T. DEPUTY for
a Writ of Mandamus

No. 644, 2015

Supreme Court of Delaware.

Submitted: January 6, 2016
Decided: February 29, 2016

DISMISSED.

Stanley GATEWOOD, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 562, 2015

Supreme Court of Delaware.

Submitted: December 31, 2015
Decided: February 29, 2016

AFFIRMED.

Tory E. BRAXTON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 22, 2016

Supreme Court of Delaware.

Submitted: January 19, 2016

Decided: March 1, 2016

Rehearing En Banc Denied
March 14, 2016

AFFIRMED.